1 J. CHRISTOPHER JORGENSEN, ESQ.
STATE BAR NO. 5382
2 LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
3 Las Vegas, NV  89169
(702) 949-8200
4 (702) 949-8398/fax

5 *Attorneys for Defendants Bank of America,
N.A., Recontrust Company, N.A. and*
6 *Mortgage Electronic Registration Systems, Inc.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LYNN M. SISSON, | Case No.: 2:10-cv-01464-PMP-LRL |
| Plaintiff, | |
| vs. | |
| BANK OF AMERICA, N.A.; RECONTRUST COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; ALDERUS FUNDING AND INVESTMENTS LLC; COBY BAKER; et al., | **ORDER CANCELING LIS PENDENS** |
| Defendants. | |

This Court granted Defendants Bank of America, N.A.'s, ReconTrust Company N.A.'s and Mortgage Electronic Registration Systems, Inc.'s ("Defendants") Motion to Dismiss on November 22, 2010, [DE 12].

Defendants further request that the lis pendens currently recorded against the subject property by Plaintiff Lynn M. Sisson ("Plaintiff") be canceled.

The Court finds that Plaintiff recorded a Notice of Pendency of Action ("Lis Pendens") on or about August 30, 2010, in Book No. 20100830 as Instrument No. 0001339 in the real property records maintained by the Clark County Recorder.  A copy of the Lis Pendens is attached hereto as Exhibit "A."

1  UPON CONSIDERATION of Defendants' request to cancel the Lis Pendens, and good
2  cause appearing therefore, the Court hereby grants Defendants their requested relief and rules as
3  follows:
4      1.    IT IS ORDERED, ADJUDGED, and DECREED that the Lis Pendens is hereby
5  cancelled, released, and expunged.
6      2.    IT IS FURTHER ORDERED, ADJUDGED and DECREED that this order
7  canceling the Lis Pendens has the same effect as an expungement of the original Lis Pendens.
8      3.    IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendants
9  record a properly certified copy of this cancellation order in the real property records of Clark
10 County, Nevada within a reasonable amount of time from the date of this order's issue.
11 ENTERED this __ 23rd day of November, 2010.

By _____
UNITED STATES DISTRICT JUDGE

Submitted by:

LEWIS AND ROCA LLP

By:_____
J. CHRISTOPHER JORGENSEN, ESQ.
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169
Attorneys for Defendants

EXHIBIT "A"

EXHIBIT "A"

Inst #: 201008300001339
Fees: $16.00
N/C Fee: $0.00
08/30/2010 11:09:12 AM
Receipt #: 482480
Requestor:
LYNN SISSON
Recorded By: AEA   Pgs: 3
DEBBIE CONWAY
CLARK COUNTY RECORDER

(2)

APN# 138-12-210-073

11-digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

Notice of Lis Pendens.

**Type of Document**
(Example: Declaration of Homestead, Quit Claim Deed, etc.)

**Recording Requested By:**

**Return Documents To:**

Name Lynn Sisson
Address 3408. N. Decatur.
City/State/Zip LV. NV. 89130

This page added to provide additional information required by NRS 111.312 Section 1-2

(An additional recording fee of $1.00 will apply)

This cover page must be typed or printed clearly in black ink only.

CCOR_Coversheet.pdf – 06/06/07

| | |
|---|---|
| APN# : 138-12-710-073 | ☑ FILED ___ RECEIVED |
| NOTICE OF LIS PENDENS | ___ ENTERED ___ SERVED ON COUNSEL/PARTIES OF RECORD |
| | 2010 AUG 30  A 10: 53 |
| Recording Requested By: | Return Documents To: |
| LYNN M SISSON | LYNN M SISSON |
| 3408 N DECATUR BLVD | 3408 N DECATUR BLVD |
| LAS VEGAS, NV 89130 | LAS VEGAS, NV 89130 |
| Attorney pro se | Attorney pro se |
| Tel. 321-439-6868 | Tel. 321-439-6868 |

CLERK U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

### LLOYD D. GEORGE U.S. COURTHOUSE

LYNN M. SISSON,

    Plaintiff,

v.

BANK OF AMERICA N.A., RECONTRUST COMPANY, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ALDERUS FUNDING AND INVESTMENTS LLC., COBY BAKER and DOES 1-10

    Defendants,

2:10-cv-01464-PMP-LRL

Parcel I.D. : 138-12-710-073

LIS PENDENS
Page 1 of 2

## NOTICE OF LIS PENDENS

PLEASE TAKE NOTICE that an action has been commenced and is now pending in the above-entitled court under the docket number set forth above by PLAINTIFF LYNN M SISSON, suing defendants BANK OF AMERICA N.A., RECONTRUST COMPANY, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ALDERUS FUNDING AND INVESTMENTS LLC., COBY BAKER and DOES 1-10 for money damages and quiet title:

1.  As Plaintiff, LYNN M SISSON has commenced an action against Defendants in Clark County.
2.  The Defendants are: BANK OF AMERICA N.A., RECONTRUST COMPANY, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ALDERUS FUNDING AND INVESTMENTS LLC., COBY BAKER and DOES 1-10
3.  The object of the action is: Fraudulent Foreclosure, Failure to comply with RESPA rules, Fraud and Intentional Deceit, General Breach of Contract and Breach of the Implied Covenant of Good Faith and Fair Dealing, Quiet Title, Declaratory Judgment.
4.  The description of the real property to be affected is: Commonly known as 3408 N DECATUR BLVD LAS VEGAS, NV 89130
5.  Legal Description of property: ELSTNER EST SUB PLAT BOOK 3 PAGE 86 LOT 11 BLOCK 5 & VAC RD, Section 12 TWP 20 RNG 60, commonly known as 3408 North Decatur Blvd, Las Vegas, NV 89130.

Dated this 30th day of August, 2010

LYNN M SISSON